# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| OLGA HERNANDEZ, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-19-436-G |
| DECKER TRUCK LINES, | ) | |
| Defendant. | ) | |

## ORDER

Now before the Court is the Motion to Dismiss (Doc. No. 16) seeking dismissal of claims asserted in Plaintiff's initial Complaint (Doc. No. 1-2). On December 16, 2019, Plaintiff timely filed an Amended Complaint (Doc. No. 26). *See* Fed. R. Civ. P. 15(a)(2); Order of Dec. 2, 2019 (Doc. No. 25). Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 16) is DENIED AS MOOT.

IT IS SO ORDERED this 17th day of January, 2020.

CHARLES B. GOODWIN
United States District Judge